IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
AUG - 7 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ROBERT BURD

    v.                           NO.  12-3130

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

BEFORE DU BOIS, J.

      AND NOW, to wit, this 7th day of August, 2012, it is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68.  It is

      ORDERED that judgment is entered in favor of plaintiff Robert Burd and against NCO Financial Systems, Inc. in the amount of $1,000.00 together with interest and costs.

                                BY THE COURT:

                                ATTEST:
                                Mary Chase
                                Deputy Clerk