# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT BURD,

       Plaintiff,

v.

       Case No.: 2:12-cv-3130-JD

NCO FINANCIAL SYSTEMS, INC.

       Defendant.

## SATISFACTION OF JUDGMENT

Kindly mark the judgment and demand for fees and costs in this matter as SATISFIED. It is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: August 30, 2012

/S/ Craig Thor Kimmel
Craig Thor Kimmel
Attorney ID: 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff